UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES FRALEY,

        Plaintiff,

v.

GENERAL MOTORS, LLC,

        Defendant.

Case No. 16-14465
Hon. Terrence G. Berg

**ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL FOR PLAINTIFF**

The above matter having come before the Court on Gottlieb & Goren's Oral Motion to Withdraw as Counsel for Plaintiff, made on January 17, 2018 by Charles Gottlieb. Gottlieb & Goren's motion is premised on Charles Gottlieb's poor health, which has rendered him unable to continue his representation of Plaintiff in this matter. The Court, having reviewed the Motion and being otherwise fully advised in the premises, orders as follow:

1. Charles Gottlieb's motion is granted.

2. **IT IS FURTHER ORDERED** that Charles Gottlieb shall immediately serve a copy of this Order on Charles Fraley and provide the Court with proof of service.

3. **IT IS FURTHER ORDERED** that Charles Fraley shall either (1) retain new counsel, who shall file a notice of appearance with the court no later than February 19, 2018; or (2) notify the Court in writing that he intends to proceed *pro se* and confirm his mailing address with the Court no later than February 19, 2018.

Please be advised that failure to comply with any portion of this Order may result in dismissal of this action.

**IT IS SO ORDERED.**

                                        s/Terrence G. Berg
                                        TERRENCE G. BERG
                                        UNITED STATES DISTRICT JUDGE

Dated:    January 23, 2018

## Certificate of Service

I hereby certify that this Order was electronically submitted on January 23, 2018, using the CM/ECF system, which will send notification to all parties.

                                          s/A. Chubb
                                          Case Manager