UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES FRALEY,

                Plaintiff,

v.                                                 Case No. 16-14465
                                                 Hon. Terrence G. Berg

GENERAL MOTORS, LLC,

                Defendant.
_____/

## ORDER TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. 16)

On May 29, 2018, Plaintiff filed a motion for summary judgment, Dkt. 16.

The brief in support of Plaintiff's motion fails to comply with this Court's local rule requiring "text and footnotes must be no smaller than 10-1/2 characters per inch (non-proportional) or 14 point font (proportional)." E.D. Mich. L.R. 5.1(a)(3). The brief also fails to contain a Statement of Material Facts in the manner required by Judge Terrence Berg's Practice Guidelines.[1]

---

[1] *See* Motion Practice, subsection F, at
http://www.mied.uscourts.gov/altindex.cfm?pagefunction=pgToPDFAll&judgeID=37

Accordingly, the Court strikes Plaintiff's motion for summary judgement, Dkt. 16. Plaintiff is directed to re-file his motion within seven days of the date of this Order.

**SO ORDERED.**

Dated: June 8, 2018                 s/Terrence G. Berg
                                    TERRENCE G. BERG
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 8, 2018, by electronic and/or ordinary mail.

                                    S/A. Chubb
                                    Case Manager and Deputy Clerk