UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES FRALEY**,<br><br>Plaintiff,<br><br>v.<br><br>**GENERAL MOTORS, LLC**,<br><br>Defendant. | 4:16-CV-14465-TGB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY (ECF NO. 57)** |

The estate of Plaintiff Charles Fraley has notified the Court that Mr. Fraley passed away on September 5, 2020. *See* ECF No. 57. The estate of Mr. Fraley moves to substitute party pursuant to Federal Rules of Civil Procedure 25(a)(1). ECF No. 57. Defendant does not object generally to the motion, but raises objections to the extent that "some claims or some requested relief may not have survived." ECF No. 58, PageID.2851. This motion is well-taken and is hereby **GRANTED**. *See* ECF No. 57.

**IT IS SO ORDERED.**

Dated: February 26, 2021    s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on February 26, 2021.

s/A. Chubb
Case Manager