UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM BUFORD, PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES STANTON FRALEY, DECEASED,**<br><br>Plaintiff,<br><br>vs.<br><br>**GENERAL MOTORS, LLC,**<br><br>Defendant. | 4:16-CV-14465-TGB-MKM<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR JUDGMENT ON THE RECORD** |

## JUDGMENT

In accordance with the opinion and order issued on this date, GRANTING Plaintiff's Motion for Summary Judgment as to Count III, and DENYING Counts I, II, and IV; GRANTING Defendant's Motion for Judgment on the Record as to Counts I, II, and IV, and DENYING Count III;

It is ORDERED AND ADJUDGED that the case be dismissed with prejudice.

Dated at Detroit, Michigan:  January 26, 2022

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk


APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE